# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

IN RE:     HENRY A HOBSON                                   Chapter 13

               Debtor                                        Case No.: 22-60771

## MOTION FOR DISMISSAL

TO THE HONORABLE REBECCA CONNELLY, U.S. BANKRUPTCY JUDGE:

Comes now the Debtor, by counsel, and moves the Court pursuant to Bankruptcy Code §305 and Bankruptcy Code §1307(b) to dismiss the subject Chapter 13 proceeding without prejudice to the Debtor or any other party, and respectfully states that such dismissal would be in the best interest of all parties concerned. The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

                                                    HENRY A HOBSON

                                                    By: /s/ William Harville, Esq.

William Harville, Esq.  
VSB#19802                                                         OF COUNSEL  
327 W. Main Street, #3  
Charlottesville, VA  22903  
Voice:     434-483-5700  
Fax:       434-448-0800  

## CERTIFICATE

I certify that I have this September 8, 2022, caused a true copy of this Motion to be served via electronic means where available and U.S. Mail otherwise on the Office of the U.S. Trustee, the Interim Trustee, the Debtor and all creditors indicated on the original creditor matrix.

                                                      /s/ William Harville  
                                                      *Counsel for Debtor*